# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:21-cv-04736-RGK                    Date July 9, 2021

Title: United States of America v. Aseem Giri

Present: The Honorable R. GARY KLAUSNER, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Sharon Williams | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

---

Proceedings:    ☐ In Court        ☒ In Chambers      ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

☒   Case should have been closed on entry dated 06/23/2021 [5] and [6]    .

☐   Case settled but may be reopened if settlement is not consummated within _____ days.
    Make JS-6.

☒   Other Make JS-6

☐   Entered _____.


Initials of Preparer _____ SW